**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| AMERICAN INTERNATIONAL FOODS, INC., <br><br> Movant, <br><br> v. <br><br> GRANULATED SUGAR ANTITRUST PLAINTIFFS, <br><br> Respondents. | ORAL ARGUMENT REQUESTED <br><br> Case No: _____ <br><br> Related to: <br><br> *In re Granulated Sugar Antitrust Litigation,* Minnesota District Court Case No. 0:24-md-03110 (JWB/DTS) |

**CERTIFICATE REGARDING CONCURRENCE**

Pursuant to W.D. Mich. LCivR. 7.1(d), the undersigned counsel for movant American International Foods, Inc. certifies that the parties have conferred, at length, regarding the relief sought in this motion, including multiple email communications and phone calls among counsel. The issues addressed in Movant's Motion were covered in these prior discussions. No agreement has been reached.

RHOADES McKEE PC
*Attorneys for American International Foods, Inc.*

Dated: May 14, 2026        By:    */s/ Elizabeth M. Badovinac\_\_*
Paul A. McCarthy (P47212)
Elizabeth M. Badovinac (P86254)
55 Campau Ave NW, Suite 300
Grand Rapids, MI 49503
616.235.3500
mccarthy@rhoadesmckee.com
ebadovinac@rhoadesmckee.com

1