UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN INTERNATIONAL FOODS, INC.,

Movant,

Case No.: 1:26-mc-35

v.

Hon. Ray Kent

GRANULATED SUGAR ANTITRUST PLAINTIFFS,

Respondents.

_______________________________________/

**ORDER TRANSFERRING TO THE DISTRICT OF MINNESOTA UNDER FED. R. CIV. P. 45(f)**

This matter having come before the Court on American International Foods, Inc.'s ("AIFI") Motion to Quash and/or for Protective Order, the Court having considered the submissions of the parties and being duly advised in the premises;

This matter, including AIFI's Motion to Quash and/or for a Protective Order, is hereby transferred to the United States District Court for the District of Minnesota pursuant to Federal Rules of Civil Procedure 45(f), for resolution by the Magistrate Judge presiding over *In re Granulated Sugar Antitrust Litigation,* No. 0:24-md-03110 (JWB/DTS), consistent with that Court's January 14, 2026 Order centralizing enforcement of subpoenas issued in the MDL litigation. The Court finds the order centralizing enforcement of subpoenas to be an exceptional circumstance.

**IT IS ORDERED** that this case be transferred to the United States District Court in the District of Minnesota.

Dated: September 15, 2026

/s/ Ray Kent
RAY KENT
United States Magistrate Judge